

# STAN STANART

COUNTY CLERK, HARRIS COUNTY, TEXAS
PROBATE COURTS DEPARTMENT

20th day of MARCH, 2018

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

3/20/2018 3:54:15 PM

CHRISTOPHER A. PRINE
Clerk

CLERK OF THE COURT OF APPEALS FOR THE
FIRST JUDICIAL DISTRICT (CIVIL APPEAL)
301 FANNIN STREET
HOUSTON, TEXAS  77002

IN THE ESTATE OF: MARY OLIVE HULL
                CALKINS, DECEASED

CAUSE NO.: 441165

PROBATE COURT NO. TWO
HARRIS COUNTY, TEXAS

MAURICE BRESENHAN, JR., ADMINISTRATOR
OF THE ESTATE OF MARY OLIVE HULL
CALKINS, DECEASED
APPELLANTS

      VS.

RICHARD STEPHEN CALKINS AND HIS
COUNSEL, SUSAN C. NORMAN
APPELLEES

TINA WHITE,
COURT REPORTER

ATTORNEY OF RECORD FOR MAURICE
BRESENHAN,  JR., ADMINISTRATOR OF THE
ESTATE OF MARY OLIVE HULL CALKINS,
DECEASED

| | |
|---|---|
| NAME: | MAURICE BRESENHAN, JR. |
| ADDRESS: | 1177 WEST LOOP SOUTH, SUITE 1100 |
| | HOUSTON, TEXAS 77027 |
| TELEPHONE#: | 713-965-9969 |
| FAX # | 713-963-9169 |
| EMAIL ADDRESS: | mbresenhan@zbplaw.com |
| TEXAS STATE BAR#: 02959000 | |

| | |
|---|---|
| NAME: | CYNTHIA KEEN PERLMAN |
| ADDRESS: | 1177 WEST LOOP SOUTH, SUITE 1100 |
| | HOUSTON, TEXAS 77027 |
| TELEPHONE#: | 713-965-9969 |
| FAX # | 713-963-9169 |
| EMAIL ADDRESS: | cperlman@zbplaw.com |
| TEXAS STATE BAR#: 11161700 | |

P.O. Box 1525 ● Houston, TX 77251-1525 ● (713) 274-8585
www.cclerk.hctx.net

Form No. I-02-209 (Rev. 09/24/2011)                                                    Page **1** of **3**

ATTORNEY OF RECORD FOR RICHARD
STEPHEN CALKINS

NAME: SUSAN C. NORMAN
ADDRESS: P. O. BOX 55585
HOUSTON, TEXAS 77255
TELEPHONE#: 713-882-2066
FAX # 281-402-3682
EMAIL ADDRESS: SueNorman@SueNormanLaw.com
TEXAS STATE BAR#: 15083020


ATTORNEY OF RECORD FOR SUSAN C.
NORMAN

NAME: MARK W. CRAMPTON
ADDRESS: 3355 BEE CAVE RD., SUITE 301-B
WESTLAKE, TEXAS 78746
TELEPHONE#: 512-892-9300
FAX # 512-891-0262
EMAIL ADDRESS: Mark@cloatx.com
TEXAS STATE BAR#: 00789786


ATTORNEY OF RECORD FOR CAROLYN
CALKINS JAMES, PRO SE

NAME: CAROLYN CALKINS JAMES
ADDRESS: 1511-1/2 HAZARD STREET
HOUSTON, TEXAS 77019
EMAIL ADDRESS: carebear0315@yahoo.com


ATTORNEY OF RECORD FOR PHILLIP CALKINS STRAUSS,
PRO SE

NAME: PHILLIP CALKINS STRAUSS
ADDRESS: 200 BOHLS RD.
WIMBERLY, TEXAS 78676
EMAIL ADDRESS: Phillip.strauss@gmail.com


ATTORNEY OF RECORD FOR MICHAEL BITGOOD, Pro Se
NAME: MICHAEL BITGOOD
ADDRESS: 503 FM 359, SUITE 130-220
RICHMOND, TEXAS 77406-2195
EMAIL ADDRESS: EastProLaw@msn.com

DATE OF JUDGMENT: **March 13, 2018**

DATE OF SEVERANCE ORDER: **N/A**

CROSS-MOTION FOR JUDGMENT N.O.V. AND NEW TRIAL FILED: **N/A**

FINDINGS OF FACT AND CONCLUSION OF LAW FILED: **N/A**

MOTION FOR MISTRIAL FILED: **N/A**

JURY TRIAL: **NO**

APPEALS CONSOLIDATED UNDER THIS CAUSE: **N/A**

COMPANION CASES: **01-15-01009-CV, 01-10-00413-CV, 01-1100733-CV, 01-11-00731-CV, 01-11-00732-CV, 01-11-00734-CV, 01-12-00036-CV, 01-10-00751-CV, and 01-18-00160-CV**

NOTICE OF ACCELERATED APPEAL FILED ON: **March 19, 2018**

Sincerely,
STAN STANART,
Harris County Clerk

/S/ Delores Medina
DELORES MEDINA, DEPUTY
Probate Courts Department
(713)274-8588

SS/DM

FILED
3/19/2018 2:44 PM
Stan Stanart
County Clerk
Harris County
Harris County - County Probate Court No. 2

NO. 441,165

| | | |
|---|---|---|
| IN THE ESTATE OF | § | IN THE PROBATE COURT |
| | § | |
| MARY OLIVE HULL CALKINS | § | NUMBER 2 OF |
| | § | |
| DECEASED | § | HARRIS COUNTY, T E X A S |

## NOTICE OF APPEAL

MAURICE BRESENHAN JR., Administrator of the Estate of Mary Olive Hull Calkins, Deceased, hereby files this notice of appeal from the Order, dated March 13, 2018, by the Probate Court Number Two, Harris County, Texas in the above referenced case, for the failure to award to Administrator his attorney's fees and costs in connection with his response to the Motion to Dismiss filed by Richard Stephen Calkins under Chapter 27 of the Civ. Prac. & Rem. Code, and also appeals from the Court's failure to award Administrator his attorney's fees and costs in the event that Richard Stephen Calkins' appeal to the denial of his Motion to Dismiss is unsuccessful in whole or in part. This appeal is an accelerated appeal, and is to be docketed in the First Court of Appeals in Houston, Harris County, Texas.

Dated: March 16, 2018

Respectfully submitted,

ZUKOWSKI, BRESENHAN, & PIAZZA, L.L.P.

By  /s/ Maurice Bresenhan, Jr.
    Maurice Bresenhan, Jr.
State Bar No. 02959000
1177 West Loop South, Suite 1100
Houston, Texas 77027
(713) 965-9969; (713) 963-9169 (telefax)

**Administrator of the Estate of Mary Olive Hull Calkins, Deceased**

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of March, 2018, a true and correct copy of the foregoing document was forwarded to all lead counsel and *pro se* parties pursuant to Texas Rules of Civil Procedure 21 and 21a by electronic delivery using the Texas E-File system.

/s/ *Maurice Bresenhan, Jr.*
Maurice Bresenhan, Jr.

2